UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA YOUNG | * | CIVIL ACTION NO. 16-2834 |
| VERSUS | * | SECTION: "F"(1) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | * | JUDGE MARTIN L. C. FELDMAN |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, for summary judgment (Rec. Doc. 13) is GRANTED; and (2) the motion of the plaintiff, Teresa Young, for summary judgment (Rec. Doc. 12) is DENIED.

New Orleans, Louisiana, this 31st day of May, 2017.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE